**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No.  04-60191-H1-7** |
| | § | |
| **MICHAEL ROSS SHOCKLEY AND** | § | **(Chapter 7)** |
| **JUDY LYNN SHOCKLEY,** | § | |
| | § | |
| **DEBTOR.** | § | |

**MOTION TO PAY FUNDS INTO THE REGISTRY**
**UNDER 11 U.S.C. § 347(a)**

The undersigned Trustee reports:

_____  The dividends payable to the creditors listed on Exhibit "A" attached hereto are in an amount less than the amount specified in Bankruptcy Rule 3010.

\_\_X\_\_  More than ninety (90) days has passed since the final distribution and subsequent reissue and the dividends payable to the creditors listed on Exhibit "A" attached hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and U.S.C. §347(a), the undersigned Trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 Title 28 (28 U.S.C. 2041, et seq.).

Dated this 15th day of March, 2011.

/s/ Lowell T. Cage
_____
LOWELL T. CAGE, Trustee
5851 San Felipe, Suite 950
Houston, Texas 77057
(713) 789-0500

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Motion to Pay Funds into the Registry under 11 U.S.C. §347(a) has been electronically mailed or delivered to the following on the 16th day of March, 2011:

Office of the US Trustee
515 Rusk, Suite 3516
Houston, Texas  77002

US Attorney
Southern District of Texas
910 Travis, Suite 1500
PO Box 61129
Houston, Texas  77209-1129

/s/ Lowell T. Cage

_____
LOWELL T. CAGE, Trustee