**EXHIBIT "A"**

| | | |
|---|---|---|
| IN RE: | § | Case No. 04-60191-H1-7 |
| | § | |
| **MICHAEL ROSS SHOCKLEY AND** | § | (Chapter 7) |
| **JUDY LYNN SHOCKLEY,** | § | |
| | § | |
| DEBTOR. | § | |

| Name & Address | Claim No. | Check # | Amount |
|---|---|---|---|
| _____ Small Dividends | | | |
| __X__ Unclaimed Dividends | Claim No. 2<br>Frost Bank<br>PO Box 2367<br>Houston, Texas 77252 | Check #5004 & 5025 | $ 1,405.29 |
| | Total Unclaimed Dividends | | n/a |
| | Total Small & Unclaimed Dividends | | $ 1,405.29 |